COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:               01-14-00096-CR

Style:                      Johnathan Ross Nickerson

                            **v** The State of Texas

Date motion filed[*]:       September 26, 2014

Type of motion:            Motion to extend length of appellant's brief

Party filing motion:       Appellant

Document to be filed:      Appellant's brief

If motion to extend time:

    Original due date:

    Number of extensions granted:            Current Due date:

    Date Requested:

Ordered that motion is:

    ☐    Granted

    ☑    Denied

    ☐    Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐    Other: _____

    **Appellant requests permission to file a brief that exceeds the permissible word limit of 15,000 words by 9,529 words.** *See* **TEX. R. APP. P. 9.4(i)(2)(B). We deny the motion to exceed the word limit.** *See id.* **9.4(i)(4). We therefore strike appellant's brief and order appellant to file a proper brief, in compliance with the rules, within 21 days of the date of this order.** *See id.* **9.4(k).**

Judge's signature: /s/ Sherry Radack
               ⊠ Acting individually    ☐ Acting for the Court

Panel consists of _____

Date: October 2, 2014

November 7, 2008 Revision